1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES C. MORGAN, | ) | Case No. C 16-0916 RMW (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| v. | ) | |
| M. SOLEIMANI, et al., | ) | |
| Defendants. | ) | |

        On February 24, 2016, plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at Wasco State Prison.  Wasco State Prison lies in Kern County.  Because Kern County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the Eastern District of California.  See 28 U. S. C. § 1406(a).  The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

        IT IS SO ORDERED.

DATED: ___4/13/2016___

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\RMW\CR.16\Morgan916transfer.wpd